## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Jonathan Lemay, depose and make this affidavit in support of a criminal complaint involving a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) by JOHN BONIELLO.

## AFFIANT BACKGROUND

I am a United States Border Patrol Agent (BPA) assigned to the Rangeley, Maine Border Patrol Station. I graduated from North Middlesex Regional High School, Townsend, Massachusetts in 2002. I joined the United States Marine Corps in October of 2002 and served four years. In March of 2008, I joined the United States Border Patrol where I successfully completed the Border Patrol Academy at the Federal Law Enforcement Training Center in Artesia, New Mexico in July 2008. While at the academy, I received instruction in constitutional law, immigration law, criminal law, and federal and civil statutes.

## PROBABLE CAUSE

1.      On September 4, 2023, I was conducting technology equipment maintenance with BPA Luke Booker in Beattie Township of Rangeley Border Patrol Station's Area of Operation (AOR) when we were notified by Houlton Sector Communications about a potential human smuggling event that was occurring in the exact location to which we were heading. This area is known to Rangeley Border Patrol as Lowelltown and has a history of smuggling activity.

2.      Lowelltown is a very remote, wooded area in Rangely Station's AOR. The area is located Northeast of the Coburn Gore Port of Entry along the border of the United States and Canada and is only accessible by driving along

1

approximately 25 miles of dirt logging roads. It takes about an hour to reach Lowelltown by vehicle after you leave the nearest paved road, which is Route 27, if driving at a reasonable rate. Most people frequenting the area are known to Rangeley Border Patrol, including about a dozen camp owners, loggers, and more recently, Central Maine Power (CMP) Corridor workers. The area is gated. However, the gate is usually left open during the summer for access to Beattie Pond for fishing season. It is rare that someone who is not known to frequent this area to be there.

3.      Lowelltown is used by smugglers and illegal aliens to illegally enter the United States when there is no snow on the ground as it is accessible all the way to the International Boundary by car. The area where the illegal entry occurred is marked by a large sign that faces both the United States and Canada. The sign is written in English and French and warns people that this is the International Boundary and crossing is illegal. There is a gate on the north side of the International Boundary to prevent vehicles from driving across the International Boundary. U.S. Border Patrol employs monitoring equipment in the area that relays real-time information back to the Rangeley Border Patrol stations to identify illicit cross-border activity.

4.      At approximately 10:14 AM, Houlton Sector Communications advised Rangeley Border Patrol via service radio that a silver vehicle was observed approaching the International Boundary. The vehicle parked north of the gate, in Canada. Two females were observed exiting the vehicle with two bags. One female was observed walking past the gate and entering the United States from Canada carrying the two bags. The other female was observed returning to

2

the silver vehicle and driving back to Canada the way it came. BPA Booker and I acknowledged this information and notified Houlton Sector Communications that we were in route.

5.    At approximately 10:27 AM, Houlton Sector Communications also advised that a female carrying two bags and matching the description above was also observed walking further into the United States on Lowelltown Road. At this time, Rangeley Border Patrol advised Houlton Sector Communications to alert RCMP, Customs and Border Protection Air Operations, and Jackman Border Patrol Station of the incursion to respond to the area.

6.    At the Rangeley Border Patrol Station, Acting Supervisory Border Patrol Agent (SBPA) John Crosby began closely watching all the monitoring technology in the area to relay real-time information to the Agents in the field. (A)SBPA Crosby observed a black sport utility vehicle (SUV), driven by a man with tattoos, headed toward Lowelltown that could be going to the area where the female was seen crossing illegally. BPA Booker and I acknowledged this and continued to the area.

7.    At approximately 11:10 AM, BPA Booker and I saw a black SUV leaving the Lowelltown area that matched the description of the vehicle observed by (A)SBPA Crosby. The SUV that was being driven by a man with a female in the passenger seat. We met the vehicle on a narrow stretch of logging road that was only passible by one vehicle at a time. Both the black SUV and BPA Booker pulled over as neither vehicle would be able to pass due to the narrowness of the road.

8.    I exited the passenger side of the unmarked white Border Patrol vehicle wearing a Border Patrol rough duty uniform with the official Department

3

of Homeland Security and Customs and Border Protection insignia. I approached the driver's window of the black SUV and identified myself as a Border Patrol Agent. I asked the driver and the passenger separately about their country of citizenship. The driver replied that he was a United States citizen. The female passenger said that she was a citizen of France. I asked what they were doing so deep in the woods and the driver, later Identified as John Gaetano BONIELLO, replied that they were "Just driving around." I asked the French citizen, later identified as Esmeralda Fatima Zohra BELFODIL, how she came to the United States. She could not tell me how she entered the United States. Both were visibly nervous.

9. I asked both subjects for identification. BONIELLO provided a Florida Driver's License. BELFODIL provided a French Passport. I then ran records checks through Houlton Sector Communications on BONIELLO, BELFODIL, and the black KIA SUV bearing Florida License Plate (IF7-3EV). The license plate was registered to Christine BONIELLO out of Fort Lauderdale, Florida. The Florida Driver's License (B540-467-85-452-0) returned to John Gaetano BONIELLO (DOB: XX/XX/1985) from Fort Lauderdale, Florida, a U.S. citizen. The French passport returned to Esmeralda Fatima Zohra BELFODIL (DOB: XX/XX/2001), a French citizen with previous crossing history into the United States. There was a Visa Waiver Denial for re-entry due to previously being caught at an international boundary with marijuana in Honolulu, Hawaii and no known legal re-entry for BELFODIL.

10. I returned to the vehicle and asked again what they were doing in the area. This time BONIELLO stated that they were camping. I told BONIELLO

4

that I knew BELFODIL had crossed illegally. BONIELLO then stated that he also knew BELFODIL had crossed illegally but he only picked her up so they could "hang out" and he planned to return her to Canada later that day. At this time, BONIELLO was apprehended for alien smuggling and BELFODIL was apprehended for entry without inspection. Both BONIELLO and BELFODIL were transported to the Rangeley Border Patrol Station for further processing. The black KIA was seized by the Rangeley Border Patrol and towed to the Rangeley Border Patrol Station.

11.     At the station, BELFODIL was advised of her Miranda rights and agreed to speak to law enforcement.  Initially, BELFODIL claimed that she planned to meet BONIELLO in Lowelltown.  She claimed that she was unaware she was in the state of Maine or the United States.  BELFODIL also claimed that she did not see the ten-foot-tall sign that she walked past stating "International Boundary Do Not Cross."  During a subsequent interview, however, the defendant did acknowledge that she knew what she was doing was a crime.

12.     At the station, BONIELLO was advised of his Miranda rights and agreed to speak to law enforcement.  Initially, BONIELLO claimed that he was in a long-distance relationship with BELFODIL and he did not know that BELFODIL had crossed the border illegally.  Later in the interview, however, he acknowledged that when he picked BELFODIL up on a desolate road in the Maine woods that it was a "dead give-away" and he "should have known better." He also later acknowledged that he traveled from Florida to Maine to pick up Belfodil after she illegally crossed and planned to bring her down to Florida.

BONIELLO also stated that BELFODIL had figured out online where she should cross illegally.

Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe that Title 8, United States Code, Section 1324(a)(1)(A)(ii) has been violated by BONIELLO.

I, Jonathan Lemay, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated at Rangeley, Maine this 26th day of March 2025.

Jonathan Lemay, Border Patrol Agent
United States Border Patrol Department
of Homeland Security

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date: Mar 31 2025

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge

Printed name and title

6