**Revised Synopsis**

| | |
|---|---|
| **Name:** | John Boniello |
| **Address:** (City & State Only) | Fort Lauderdale, FL |
| **Year of Birth and Age:** | 1985; 40 |
| **Violation:** | Transporting Illegal Alien, 8 U.S.C. § 1324(a)(1)(A)(ii) |
| **Penalties:** | Fine of $250,000 pursuant to 18 U.S.C. § 3571(b)(3); Imprisonment of not more than 5 years pursuant to 8 U.S.C. § 1324(a)(1)(B)(ii), or both. |
| **Supervised Release:** | Not more than three years.  18 U.S.C. § 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than two years.  18 U.S.C. § 3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Three years less any term of imprisonment imposed## |
| **Defendant's Attorney:** | Phil Noland, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Border Patrol, Agent Jonathan Lemay |
| **Detention Status:** | Released on bond |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | No |
| **County:** | Aroostook |
| **AUSA:** | Andrew McCormack |
| **Guidelines apply?** | Yes |
| **Victim Case:** | No. |
| **Corporate Victims Owed Restitution?** | None |
| **Assessments:** | $100.00; 18 U.S.C. § 3013(a)(2)(A) |

1

2